**Order entered May 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00557-CV

### CITY OF MCKINNEY, TEXAS, Appellant

### V.

### OH SKYLINE/380, L.P., ET AL, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02046-2011**

## ORDER

Before the Court is appellant's May 3, 2013 unopposed motion to extend time to file appellant's brief pending settlement negotiations. Appellant's motion is **GRANTED** to the extent that appellant's brief shall be filed on or before July 31, 2013. This order does not impact the Court's request for jurisdictional letter briefs due by appellant on May 13, 2013 or appellee's response due ten days after appellant's letter brief is filed.

/s/     ELIZABETH LANG-MIERS
          JUSTICE